■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM NANCE, Appellant. [779 NYS2d 383]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered July 25, 2001. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Gorski, Martoche, Lawton and Hayes, JJ.